**Order entered April 8, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-01101-CR
No. 05-19-01102-CR
No. 05-20-00256-CR
No. 05-20-00260-CR

**GARY WAYNE BARNES SR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F81-01105-J, F81-01027-J,**
**F81-02518-J & F80-16530-J**

## ORDER

In light of the Court's opinion of this date, we **DENY** all outstanding motions in these appeals as moot.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE